**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

S.P., : No. 713 MAL 2020
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
B.S., :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.